◊AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

SU YANG
a.k.a. Yang Su

**WARRANT FOR ARREST**

Case Number: EP-07-CR-3289-FM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SU YANG__
                                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)
Ct. 1 - Conspiracy to illegally export defense articles.

Ct. 2 - Aiding and Abetting the illegal export of defense articles.

in violation of Title __18;22__   United States Code, Section(s) __371;2778;2278__

| WILLIAM G. PUTNICKI | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U.S. District Court | 12/26/2007    El Paso, TX |
| Title of Issuing Officer | Date    Location |

A true copy of the original, I certify.
Clerk, U. S. District Court

By _[signature] Fidel Morales_  Deputy

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_Aquarius Hotel, Saipan_

| DATE RECEIVED<br>1-26-2008 | NAME AND TITLE OF ARRESTING OFFICER<br>N. Miller<br>Senior Special Agent, I.C.E. | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>1-26-2008 | | |

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

DING ZHENGXING
a.k.a. Zhengxing Ding
a.k.a. Ding Zhenhxing

**WARRANT FOR ARREST**

Case Number: EP-07-CR-3289-FM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DING ZHENGXING__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)
Ct. 1 - Conspiracy to illegally export defense articles.

Ct. 2 - Aiding and Abetting the illegal export of defense articles.

in violation of Title __18;22__ United States Code, Section(s) __371;2778;2278__

| WILLIAM G. PUTNICKI | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U.S. District Court | 12/26/2007                El Paso, TX |
| Title of Issuing Officer | Date                      Location |

A true copy of the original, I certify.
Clerk, U. S. District Court
By _(signature)_
Deputy

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Aquarius Hotel, Saipan |

| DATE RECEIVED 1-26-2008 | NAME AND TITLE OF ARRESTING OFFICER N. Miller Senior Special Agent, I.C.E. | SIGNATURE OF ARRESTING OFFICER _(signature)_ |
|---|---|---|
| DATE OF ARREST 1-26-2008 | | |