F I L E D
Clerk
District Court

JAN 2 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>          Plaintiff,  )<br>)<br>     vs.  )<br>)<br>DING ZHENGXING,  )<br>     a.k.a. Zhengxing Ding  )<br>SU YANG,  )<br>     a.k.a. Yang Su,  )<br>)<br>          Defendant.  )<br>_____) | CRIMINAL CASE NO. 08-00006<br><br><br><br>**ORDER OF REMOVAL** |

This matter came on before the court pursuant to a Petition for an Order of Removal and the court conducted a Rule 5 hearing. Defendants DING ZHENGXING, a.k.a. Zhengxing Ding and SU YANG, a.k.a. Yang Su appeared personally and were appointed counsel. An interpreter was used. The court heard evidence and, finding that the petition for removal was well-taken, it was ordered that the petition for removal be granted.

The Government's Petition for an Order of Removal as to defendants DING ZHENGXING, a.k.a. Zhengxing Ding and SU YANG, a.k.a. Yang Su is hereby GRANTED. The United States Marshal is directed to remove defendants DING ZHENGXING, a.k.a. Zhengxing Ding and SU YANG, a.k.a. Yang Su to the Western District of Texas for further proceedings in Criminal Case No. EP 07 CR 3289.

Dated: January 28, 2008

By: _____
DAVID A. WISEMAN
DESIGNATED JUDGE
DISTRICT OF THE NMI